UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CONCISE SUMMARY OF THE CASE

Pursuant to 3rd Cir. LAR 33.3, counsel are required to file a concise summary of the case within **14** days of the date of docketing of the Notice of Appeal. Total statement is limited to no more than 2 pages, single-spaced. Counsel may utilize this form or attach a 2 page statement encompassing the information required by this form.

SHORT CAPTION: Gillespie, et al. v. Dring, et al.

USCA NO.: 19-3582

LOWER COURT or AGENCY and DOCKET NUMBER:
United States District Court for the Middle District of Pennsylvania, 3:15-cv-950

NAME OF JUDGE: A. Richard Caputo

Specify who is suing whom, for what, and the subject of this action. Identify (1) the nature of the action; (2) the parties to this appeal; (3) the amount in controversy or other relief involved; and (4) the judgment or other action in the lower court or agency from which this action is taken:

Gillespie, et al. (hereinafter "the West Shore Property Owners") sued Dring, et al. (hereinafter "Dring") relative to the property rights involved with Lake Ariel, a body of water located in Wayne County, Pennsylvania. For a complete list of the West Shore Property Owners, See Exhibit "A" attached hereto. On October 10, 2018, the Honorable A. Richard Caputo of the United States District Court for the Middle District of Pennsylvania, granted Dring's Motion for Summary Judgment on both of the West Shore Property Owner's claims. The parties then entered into a Stipulation, approved by the Court, on April 23, 2019. The Stipulation provided that Dring's counterclaim was voluntarily dismissed without prejudice. Pursuant to Dring's Application for Reasonable Attorneys' Fees and Costs pursuant to Section 14 of the Settlement Agreement, the court, on October 17, 2019, awarded a total of $282,383.93 in attorneys fees and costs to Dring. The West Shore Property Owners appeal from such order.

**LIST** and **ATTACH** a copy of each order, judgment, decision or opinion which is involved in this appeal. If the order(s) or opinion(s) being appealed adopt, affirm, or otherwise refer to the report and recommendation of a magistrate judge or the decision of a bankruptcy judge, the report and recommendation or decision shall also be attached.

The Order of the United States District Court for the Middle District of Pennsylvania of October 17, 2018 is attached hereto as Exhibit "B".

Provide a short statement of the factual and procedural background, which you consider important to this appeal:

See attached Exhibit "C".

Identify the issues to be raised on appeal:

-Whether the trial court erred in Finding Dring, et al. as the prevailing parties under the Settlement Agreement & thus able to recover attorneys' fees and costs?

-Whether the trial court erred in its determination of the attorneys' fees as reasonable?

-Whether the trial court erred when it did not stay its determination as to whether Dring, et al. are entitled to attorneys' fees pending the resolution of the appeal docketed at 19-2073?

-Whether the trial court erred when it found that Dring, et al. are entitled to recover attorneys' fees when such fees were not paid by them but by their father, Joseph Asaro?

-Whether the trial court erred when it failed to hold a hearing on the issue of attorneys' fees?

This is to certify that this Concise Summary of the Case was electronically filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record

this 27th day of November 20 19.

_____
Signature of Counsel

Rev. 07/2015